S IMPSON T HACHER & B ARTLETT LLP

425 L EXINGTON A VENUE
N EW Y ORK , NY 10017-3954
(212) 455-2000

F ACSIMILE (212) 455-2502

D IRECT D IAL N UMBER  
212-455-3539

E-M AIL A DDRESS  
jyoungwood@stblaw.com

VIA ECF                                                                                         March 14, 2013

Re:     *In re: Fannie Mae 2008 Securities Litigation*, No. 12-3859

Catherine O'Hagan Wolfe  
Clerk of Court  
U.S. Court of Appeals for the Second Circuit  
40 Foley Square  
New York, NY 10007

Dear Clerk of Court:

     My firm represents Defendant-Appellant Goldman, Sachs & Co. in the above-referenced appeal. I write respectfully to update the Court on the dates I am unavailable for oral argument in this appeal in April and May 2013. I am unavailable on May 3, 13 and 17, as well as April 30 and May 16 and 24, which I previously identified for the Court. I respectfully request that the Court consider the foregoing when scheduling oral argument in this appeal.

     Respectfully submitted,

     /s/ Jonathan K. Youngwood  
     Jonathan K. Youngwood